# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3132

_____

Kenny Halfacre

*Plaintiff - Appellant*

v.

Arkansas Board of Correction; Randall Watson, Warden, ADC, Varner Unit;
Raymond Naylor, Disciplinary Hearing Administrator, ADC, Central Office; K.
Waddle, Disciplinary Hearing Officer, ADC, Central Office; J. Minor,
Disciplinary Hearing Officer, ADC, Central Office; Ms. Franklin; Ms. Taylor,
Disciplinary Hearing Officer, ADC, Central Office; Does, Disciplinary Hearing
Officers, ADC, Central Office

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: February 29, 2016
Filed: March 3, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Kenny Halfacre appeals the district court's[1] preservice dismissal, without prejudice, of his 42 U.S.C. § 1983 action based on alleged deprivations of his liberty interests. Having carefully reviewed the record and Halfacre's arguments on appeal, we find no basis for reversal. See Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (28 U.S.C. § 1915(e)(2)(B)(ii) dismissal is reviewed de novo); see also Sandin v. Conner, 515 U.S. 472, 483-84 (1995) (alleged deprivation of liberty interest must impose atypical and significant hardship in relation to ordinary incidents of prison life); Phillips v. Norris, 320 F.3d 844, 846-47 (8th Cir. 2003) (demotion to segregation, even without cause, is not itself atypical and significant hardship; prisoner has no federal constitutional liberty interest in having prison officials follow prison regulations); cf. Moody v. Daggett, 429 U.S. 78, 88 n.9 (1976) (federal prisoner had no statutory or constitutional entitlement to particular classification). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.